## Commonwealth v. Hileman, Appellant.

Argued June 12, 1970.

*William J. Myers,* for appellant; *Newton C. Taylor,* Assistant District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.

## Commonwealth v. Holloway, Appellant.

Submitted June 8, 1970. *Samuel Kagle,* for appellant; *James D. Crawford,* Deputy District Attorney, and *Arlen Specter,* District Attorney, for Commonwealth, appellee.

Order affirmed.

## Commonwealth v. Homola, Appellant.

Argued June 9, 1970. *Arnold E. Rubin,* for appellant; *Anna Iwachiw Vadino,* Assistant District Attorney, with her *Ralph B. D'Iorio,* Assistant District Attorney, and *Stephen J. McEwen, Jr.,* District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.